GREGG A. HUBLEY (NBN 7386)
CHRISTOPHER A.J. SWIFT (NBN 11291)
JACOB T. S. VALENTINE (NBN 16324)
**ARIAS SANGUINETTI WANG & TEAM LLP**
7251 W. Lake Mead Boulevard, Suite 114
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909-7865
E-mail: LVEfile@aswtlawyers.com
E-mail: gregg@aswtlawyers.com
E-mail: christopher@aswtlawyers.com
E-mail: jacob@aswtlawyers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORTON, III, individually;<br><br>Plaintiff,<br><br>vs.<br><br>HUTCHINGSTON et al,<br><br>Defendants. | Case No.: 2:23-cv-00611<br><br>**Plaintiff's Motion to Substitute Counsel** |

Plaintiff Joseph Martin Norton, III, submits this Motion to Substitute Counsel. Plaintiff's new counsel consists of Gregg A. Hubley (NBN 7386), Christopher A. J. Swift (NBN 11291), and Jacob T. S. Valentine (NBN 16324). All attorneys are with the law firm Arias Sanguinetti Wang & Team LLP.

Plaintiff Joseph Martin Norton, III, is currently represented in this matter by Ryan Norwood (NBN 15604), Heather Fraley (NBN 11026), and Rene Valladares (NBN 11479) of the Federal Public Defenders office. Plaintiff wishes to substitute the attorneys of Arias Sanguinetti Wang & Team LLP as counsel of record in place of prior counsel.

This substitution is made with the knowledge and consent of Plaintiff, and with the consent of prior counsel, whose signatures appear below. See LR IA 11-6.

This substitution is not sought for purposes of delay and will not prejudice any party or affect any deadline currently set in this matter. Incoming counsel is prepared to proceed without interruption to the case schedule.

WHEREFORE, Plaintiff respectfully requests that the Court approve the substitution of Gregg A. Hubley (NBN 7386), Christopher A. J. Swift (NBN 11291), and Jacob T. S. Valentine (NBN 16324) of Arias Sanguinetti Wang & Team LLP as counsel of record for Plaintiff, and relieve prior counsel of any further obligation in this matter.

Dated: September 30, 2026

ARIAS SANGUINETTI WANG & TEAM LLP

GREGG A. HUBLEY, NBN 7386
CHRISTOPHER A.J. SWIFT, NBN 11291
JACOB T. S. VALENTINE, NBN 16324
7251 W. Lake Mead Boulevard, Suite 114
Las Vegas, Nevada 89128
*Attorneys for Plaintiff*

## CONSENT OF PRIOR COUNSEL

Prior counsel consents to the foregoing substitution and to being relieved as counsel of record for Plaintiff.

Dated: 9/28/2026

Ryan Norwood
Ryan Norwood
Federal Public Defender, District of Nevada
411 East Bonneville Avenue
Las Vegas Nevada, 89101
Former Attorney for Plaintiff

## CONSENT OF PLAINTIFF

I, Joseph Martin Norton, III, consent to the substitution of the attorneys of Arias Sanguinetti Wang & Team LLP as my counsel of record in this matter.

Dated: 09/29/2026

JOSEPH MARTIN NORTON, III
Plaintiff

## ORDER

Having reviewed Plaintiff's Motion to Substitute Counsel and finding good cause IT IS HEREBY ORDERED that the Motion is GRANTED. Gregg A. Hubley (NBN 7386), Christopher A. J. Swift (NBN 11291), and Jacob T. S. Valentine (NBN 16324) of Arias Sanguinetti Wang & Team LLP are substituted as counsel of record for Plaintiff Joseph Martin Norton, III, in place of prior counsel, and prior counsel is relieved of any further obligation in this matter.

IT IS SO ORDERED.

Dated: 10-21-26

UNITED STATES MAGISTRATE JUDGE